**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

CRYSTAL T.,

        **Plaintiff,**

                                         **Case No. 2:26-cv-206**
    **v.**                                  **Judge Edmund A. Sargus, Jr.**
                                         **Magistrate Judge Stephanie K. Bowman**

COMMISSIONER OF SOCIAL SECURITY,

        **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Remand. (ECF No. 10.) The Parties jointly move the Court to reverse the Commissioner's decision, remand this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and enter judgment in favor of Plaintiff. (*Id.*)

For good cause shown, the Court **GRANTS** (ECF No. 10) the Parties' Joint Motion to Remand. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). The Court reverses and remands for further administrative proceedings based on deficits in the medical opinion analysis. (ECF No. 10, PageID 1328.) On remand, the Appeals Council will instruct the Administrative Law Judge to further consider Plaintiff's claim, take any further action necessary to complete the administrative record, and issue a new decision. (*Id.*)

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

    **IT IS SO ORDERED.**

**7/17/2026**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**